FILED

2003 OCT -9 P 12: 10

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARY SAROJAK )<br>Plaintiff )<br> )<br>vs. )<br> )<br>THE METALLICS GROUP )<br>D/B/A METALLICS, INC AND )<br>F. MICHAEL MOLA )<br>Defendants. ) | CIVIL ACTION NO.: 3:03cv1050(DJS)<br><br><br><br><br><br><br>OCTOBER 8, 2003 |

### PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and 9(b) of the Local Rules of the Civil Procedure, plaintiff, Ms. Mary Sarojak, through counsel respectfully moves this Court for an enlargement of time of thirty (30) days, up to and including November 13, 2003.

The additional time requested is for the purpose of responding to the Defendants' Motion to Dismiss dated September 24, 2003.

10/15/03 — GRANTED to and including November 13, 2003.

DOMINIC J. SQUATRITO
UNITED STATES DISTRICT JUDGE