FILED

2004 FEB 13 P 2: 06

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| MARY SAROJAK, | CIVIL ACTION NO. |
| PLAINTIFF, | 3:03CV1050 (DJS) |
| V. | |
| THE METALLICS GROUP D/B/A, METALLICS, INC. and F. MICHAEL MOLA, | |
| DEFENDANTS. | FEBRUARY 12, 2004 |

### DEFENDANTS' MOTION TO MODIFY SCHEDULING ORDER

The Defendants, Metallics, Inc. and F. Michael Mola, hereby request a modification of the scheduling order entered by this Court on September 24, 2003. In support of this request the Defendants represents the following:

1. The Parties have yet to close the pleadings. The Defendants filed a Motion to Dismiss that has yet to be ruled upon by this Court.

2. The Plaintiff, Mary Sarojak, recently responded to the Defendants' First Set of Interrogatories and Requests for Production. There are a number of objections pending which require resolution prior to further discovery

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

3. The parties have agreed to mediation in hopes of resolving this matter. Mediation is scheduled for April 7, 2004. As such, they have refrained from propounding any further written discovery or conducting any depositions.

4. The undersigned counsel has contacted the Plaintiff's counsel to obtain his position on this request for modification and he consents to the requested modification of three (3) months.

WHEREFORE, the Defendants respectfully request that the Court modify the present scheduling order to extend the deadlines by three (3) months.

        THE DEFENDANTS,
        METALLICS, INC. AND F. MICHAEL MOLA

By: _____
      Michael R. Brandt (ct18308)
      Ryan & Ryan, LLC
      105 Court Street, Suite 303
      New Haven, CT 06511
      (203) 752-9794
      Their Attorneys

## CERTIFICATION

The undersigned hereby certified that the foregoing Defendants' Motion to Modify Scheduling Order was mailed, first class, postage prepaid, this 12th day of February 2004 to all counsel and pro se parties of record as listed below:

For Plaintiff Mary Sarojak
Robert Fortgang Associates
Greystone Court
573 Hopmeadow Street
Simsbury, Connecticut 06070

Michael R. Brandt