FILED
2004 FEB 19 P 1:44
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARY SAROJAK ) | CIVIL ACTION NO.: 3:03cv1050(DJS) |
| Plaintiff ) | |
| ) | |
| vs. ) | |
| ) | |
| THE METALLICS GROUP ) | |
| D/B/A METALLICS, INC AND ) | |
| F. MICHAEL MOLA ) | |
| Defendants. ) | February 5, 2004 |

### JOINT STATUS REPORT

Counsel for the Plaintiff, Mary Sarojak, and the Defendants, The Metallics Group d/b/a Metallics Inc and F Michael Mola, through their respective legal counsel hereby submit this Joint Status Report.

Date Complaint Filed:            June 13, 2003

Date Complaint Served:           July 9, 2003 (via Waiver of service)

Date of Defendants' Appearance:  August 18, 2003

**I.     Counsel Of Record**

**Counsel For The Plaintiff:**

Robert Fortgang ct 05437
Robert Fortgang Associates
Greystone Court
573 Hopmeadow Street
Simsbury, CT  06070
(860) 658-1055

-1-

**Counsel For The Defendants:**

Michael R. Brandt (ct. 15530)
William A. Ryan (ct. 18308)
Ryan & Ryan, LLC
105 Court Street
Suite 303
New Haven, CT 06511
(203)752-9794

## II.   Pending Motions

Defendants' filed a Motion to Dismiss Count Five (5), Intentional Infliction of Emotional Distress and Count Six (6) Negligent Infliction of Emotional Distress. Said motion has not been ruled upon by this Court.

## III.   Discovery.

Defendant propounded its First Set of Interrogatories and Request for Production upon the plaintiff. Said discovery request were responded to on February 3, 2004.

The Parties anticipate that discovery will be needed on the following subjects:

> a.         Plaintiff will seek discovery as to liability and damages. More particularly, the plaintiff will explore whether the plaintiff was subjected to sexual harassment and retaliation and, specifically, the reasons for the elimination of the Plaintiff's job.
>
> b.         Defendants will seek discovery as to the Plaintiff's claims that she was subject to sexual harassment and retaliation, that she had an oral contract of employment,

and the alleged breach of that contract by the Defendants. The Defendants will also seek discovery as to the Plaintiff's alleged damages.

## VI. Settlement Negotiations.

As a result of preliminary settlement discussions, the parties have agreed to mediate this dispute. Towards this end, the undersigned have refrained from propounding any further written discovery or conducting any depositions pending the outcome of the Mediation.

It is the good faith intentions of the parties and its respective legal counsel to resolve this matter amicably and without the need for any further judicial intervention.

| | |
|---|---|
| THE DEFENDANTS<br>THE METALLICS GROUP D/B/A<br>METALLICS, INC. ET AL.<br><br>Michael R. Brandt (ct. 15530)<br>William A. Ryan (ct. 18308)<br>Ryan & Ryan, LLC<br>105 Court Street, Suite 303<br>New Haven, CT 06511<br>(203)752-9794 (t) | THE PLAINTIFF<br>MARY ANGELA SAROJAK<br><br>Robert Fortgang ct 05437<br>Robert Fortgang Associates<br>573 Hopmeadow Street<br>Greystone Court<br>Simsbury, Connecticut 06070<br>(860) 658-1055 (t) |

## CERTIFICATION

     The undersigned hereby certified that the foregoing was mailed, first class, postage prepaid, this 18th day of February 2004 to all counsel and pro se parties of record as listed below:

Robert Fortgang Associates
Greystone Court
573 Hopmeadow Street
Simsbury, Connecticut 06070

                                                                _____
                                                                William A. Ryan