UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MARY SAROJAK**<br>    Plaintiff | : |
| v. | : CIVIL NO.: 3:03cv1050(DJS) |
| **THE METALLICS GROUP d/b/a**<br>**Metallics, Inc., ET AL**<br>    Defendants | : |

### ORDER

The Defendants' Motion to Modify Scheduling Order (Doc. #17) is hereby **GRANTED in part.** Discovery, including all discovery relating depositions and reports of expert witnesses will be completed by **May 14, 2004.** Dispositive motions, if any, will be filed by **June 14, 2004.** If no dispositive motion is filed, a joint trial memorandum shall be filed by **July 14, 2004.** This case shall be trial ready **August, 2004**.

Any means of settlement/mediation that shall take place with respect to this case shall not stay said scheduling order without the consent of this Court. No further extensions shall be granted.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this __3rd__ day of March, 2004.

                                                  /s/DJS_____
                                                  Dominic J. Squatrito
                                                  United States District Judge