

FILED
2004 APR 19 P 12: 04
U.S. DISTRICT COURT
HARTFORD, CT.

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARY SAROJAK, | CIVIL ACTION NO. |
| PLAINTIFF, | 3:03CV1050 (DJS) |
| V. | |
| THE METALLICS GROUP D/B/A, METALLICS, INC. and F. MICHAEL MOLA, | |
| DEFENDANTS. | APRIL 16, 2004 |

### DEFENDANTS' SECOND MOTION TO MODIFY SCHEDULING ORDER

The Defendants, Metallics, Inc. and F. Michael Mola, hereby request a second modification of the scheduling order entered by this Court on September 24, 2003. In support of this request the Defendants represents the following:

1. The Parties have yet to close the pleadings. The Defendants filed a Motion to Dismiss that has yet to be ruled upon by this Court.

2. The parties have agreed to mediation in hopes of resolving this matter. A mediation session occurred on April 7, 2004. During the course of the mediation, an issue arose as to the outstanding medical bills for which the Plaintiff is liable. That aspect of the Plaintiff's alleged damages could not be determined.

3. The parties agreed to continue the mediation. The Plaintiff will determine the extent

of the medical bills by the end of April. The parties will then immediately schedule a session to continue the mediation.

4. If the mediation is not successful, the present scheduling deadlines will need to be extended.

5. The undersigned counsel has contacted the Plaintiff's counsel to obtain his position on this request for modification and he consents to the requested modification of an additional three (3) months.

WHEREFORE, the Defendants respectfully request that the Court modify the revised scheduling order to extend the deadlines by an additional three (3) months.

> THE DEFENDANTS,
> METALLICS, INC. AND F. MICHAEL MOLA
>
> By: /s/ Michael R. Brandt
> Michael R. Brandt (ct18308)
> Ryan & Ryan, LLC
> 900 Chapel Street, Suite 621
> New Haven, CT 06510
> (203) 752-9794
> Their Attorneys

2

## CERTIFICATION

The undersigned hereby certified that the foregoing Defendants' Second Motion to Modify Scheduling Order was mailed, first class, postage prepaid, this 16th day of April 2004 to all counsel and pro se parties of record as listed below:

For Plaintiff Mary Sarojak
Robert Fortgang Associates
Greystone Court
573 Hopmeadow Street
Simsbury, Connecticut 06070

_____
Michael R. Brandt

3