# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MARY SAROJAK**<br>    Plaintiff | : |
| v. | : CIVIL NO.: 3:03cv1050(DJS) |
| **THE METALLICS GROUP d/b/a**<br>**Metallics, Inc., ET AL**<br>    Defendants | : |

## ORDER

The Defendants' Second Motion to Modify Scheduling Order (Doc. #20) is hereby

**DENIED.**  Please see Order dated March 3, 2004 (Doc. #19).

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this __28th__ day of April, 2004.


 /s/DJS
Dominic J. Squatrito
United States District Judge