FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 MAY -5  P 1:05

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| MARY SAROJAK, | CIVIL ACTION NO. |
| PLAINTIFF, | 3:03CV1050 (DJS) |
| V. | |
| THE METALLICS GROUP D/B/A METALLICS, INC. and F. MICHAEL MOLA, | |
| DEFENDANTS. | MAY 4, 2004 |

## JOINT MOTION TO MODIFY SCHEDULING ORDER

The Plaintiff, Mary Sarojak, and the Defendants, Metallics, Inc. and F. Michael Mola, hereby jointly request modification of the modified scheduling order entered by this Court on March 3, 2004 for the reasons set forth below:

1. On May 3, 2004, the parties were notified that the Defendants' second motion to modify scheduling order entered by this Court on March 3, 2004 was denied. As a result, the parties have ten days including the weekend, until May 14, 2004, to complete discovery.

2. As previously submitted to this Court, the parties have entered into mediation with Attorney Martin Webber in a good faith effort to resolve this matter. A mediation

session occurred on April 7, 2004; however, the parties agreed that another mediation date is necessary to see if an agreement can be reached.

3. Continuing with discovery will have an adverse impact on the parties' ability to come to an amicable resolution of this matter. Further, while a notice of deposition has been issued for the Plaintiff for May 12, 2004, Plaintiff's counsel is not available on that day.

4. It is for these reasons that the parties are requesting the following modification of the scheduling order: Discovery, including all discovery relating to depositions and reports of expert witnesses will be completed by August 25, 2004. Dispositive motions, if any, will be filed by September 30, 2004. If no dispositive motion is filed, a joint trial memorandum shall be filed by October 30, 2004. This case shall be trial ready November, 2004.

5. The parties have mutually agreed upon the modification set forth above and the undersigned counsel is authorized to represent to the Court that the parties have filed this motion jointly.

2