UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MARY SAROJAK**<br>    **Plaintiff** | : |
| v. | : CIVIL NO.: 3:03cv1050(DJS) |
| **THE METALLICS GROUP d/b/a**<br>**Metallics, Inc., ET AL**<br>    **Defendants** | : |

### ORDER

The Joint Motion to Modify Scheduling Order (Doc. #22) is hereby **GRANTED in part.** Discovery, including all discovery relating depositions and reports of expert witnesses will be completed by **July 16, 2004.** Dispositive motions, if any, will be filed by **August 16, 2004.** If no dispositive motion is filed, a joint trial memorandum shall be filed by **September 16, 2004.** This case shall be trial ready **October, 2004**.

**Any means of settlement/mediation that shall take place with respect to this case shall not stay said scheduling order without the consent of this Court. No further extensions shall be granted.**

IT IS SO ORDERED.

Dated at Hartford, Connecticut, this   11th   day of May, 2004.


                            /s/DJS
                            Dominic J. Squatrito
                            United States District Judge