## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARY SAROJAK, | : | CIVIL ACTION |
|     Plaintiff | : | NO. 3:03 CV 1050 (DJS) |
| | : | |
| V. | : | |
| | : | |
| THE METALLICS GROUP D/B/A | : | |
| METALLICS, INC. AND F. MICHAEL MOLA, | : | |
|     Defendants. | : | JUNE 9, 2004 |

### DEFENDANTS' REQUEST FOR EXTENSION OF TIME AS OF RIGHT TO RESPOND TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION

Pursuant to Local Rule 7(b)(1)(b) of the District Court of the District of Connecticut, the Defendants, Metallics Group d/b/a Metallics, Inc. and F. Michael Mola, hereby request a thirty (30) day extension in which to respond to the Plaintiff's First Set of Interrogatories and Requests for Production. The Plaintiff's discovery request is dated May 17, 2004, and the Defendants responses would otherwise be due on or about June 17, 2004. Accordingly, the Defendants request an extension up to and including July 16 to respond to the requests.

**NO ORAL ARGUMENT REQUESTED**

Counsel for the Defendants contacted counsel for the Plaintiff with regards to this motion for extension of time and the Plaintiff does not object to the requested extension.

WHEREFORE, the Defendants respectfully request an extension of time up to and including July 16, 2004, to respond to the Plaintiff's First Set of Interrogatories and Requests for Production.

THE DEFENDANTS,
THE METALLICS GROUP D/B/A
METALLICS, INC. and
F. MICHAEL MOLA


By:_____
Holly Quackenbush Darin (ct.10183)
Ryan & Ryan, LLC
900 Chapel Street, Suite 621
New Haven, CT  06510
(203)752-9794
-Their Attorneys-

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed, first class, postage prepaid, this 9th day of June 2004 to all pro se parties and counsel of record as listed below:

Frederick Frangie
Robert Fortgang Associates
573 Hopmeadow Street
Simsbury, CT  06070

                                                                                                   _____
                                                                                                   Holly Quackenbush Darin