# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MARY SAROJAK**<br>    Plaintiff | : |
| v. | : CIVIL NO.: 3:03cv1050(DJS) |
| **THE METALLICS GROUP d/b/a**<br>**Metallics, Inc., ET AL**<br>    Defendants | : |

## ORDER

Defendants' Request for Extension of Time as of Right to Respond to Plaintiff's First Set of Interrogatories and Requests for Production (Doc. #25) is hereby **GRANTED in part to and including June 30, 2004.** All other scheduled dates **shall not** be modified by this Order.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   15th   day of June, 2004.

　　　　　　　　　　　　　　　　　　　　 /s/DJS　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　Dominic J. Squatrito
　　　　　　　　　　　　　　　　　　　　United States District Judge