UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARY SAROJAK,<br>Plaintiff | : CIVIL ACTION<br>: NO. 3:03 CV 1050 (DJS) |
| V. | : |
| THE METALLICS GROUP D/B/A<br>METALLICS, INC. AND F. MICHAEL MOLA,<br>Defendants. | :<br>:<br>: AUGUST 9, 2004 |

FILED 2004 AUG 10 A 11: 35

### DEFENDANTS' MOTION FOR PROTECTIVE ORDER

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and Rule 7 of the Local Rules for the District of Connecticut as well as the Court's inherent authority, the Defendants, F. Michael Mola and Metallics Group d/b/a Metallics, Inc., ("Defendant Metallics") move for a protective order to prevent disclosure of communications protected by the attorney-client privilege.

As set forth in detail in the accompanying memorandum, the Plaintiff, Mary Sarojak, ("Plaintiff Sarojak") has disclosed Robert Sobczak, Metallics former Vice President of Operations, as a witness who will testify on her behalf at trial in the above-captioned matter. Mr. Sobczak was a member of the management team that met with Attorney William A. Ryan to seek legal advice relating to the Plaintiff Sarojak's employment. This meeting ("The Meeting") and the communications that occurred during the meeting are protected from disclosure unless waived by the corporation because they fall under the attorney-client privilege.

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

At a previous CHRO fact finding hearing held on May 1, 2003 which the Defendant Metallics and its counsel were not invited to or aware of, counsel for the Plaintiff Sarojak improperly elicited from Mr. Sobczak attorney-client privileged information relating to The Meeting between Attorney Ryan and the members of the management group. Both Attorney Fred Frangie and Attorney Robert Fortgang have advised Attorney Ryan that they did nothing wrong in eliciting this information from Mr. Sobczak.

WHEREFORE, the Defendants move for a protective order:

(a) Precluding and/or barring any testimony offered by Robert Sobczak that would disclose communications protected by the attorney-client privilege;

(b) Precluding and/or barring the Plaintiff Sarojak from using any information obtained unethically from ex parte communications between the Plaintiff Sarojak's counsel and Mr. Sobczak;

(c) Precluding and/or barring any further ex parte interviews of Mr. Sobczak relating to The Meeting as well as preventing any further disclosure or discovery concerning attorney-client communications occurring at The Meeting between the management group of Metallics and Attorney William Ryan.

```
                                   THE DEFENDANTS,
                                   THE METALLICS GROUP D/B/A
                                   METALLICS, INC. AND
                                   F. MICHAEL MOLA


                                   _____
                                   Holly Quackenbush Darin (ct10183)
                                   Ryan & Ryan, LLC
                                   900 Chapel Street, Suite 621
                                   New Haven, CT 06510
                                   (203) 752-9794
                                   -Its Attorneys-
```

## CERTIFICATION

The undersigned hereby certifies that the foregoing was mailed, first class, postage prepaid, this 9th day of August 2004 to all counsel and pro se parties of record as listed below:

Fred Frangie
Robert Fortgang
Robert Fortgang Associates
573 Hopmeadow Street
Simsbury, Connecticut 06070

Holly Quackenbush Darin