UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARY SAROJAK | CIVIL ACTION NO. |
| PLAINTIFF, | 3:03CV1050 (DJS) |
| V. | |
| THE METALLICS GROUP D/B/A METALLICS, INC. and F. MICHAEL MOLA | |
| | AUGUST 13, 2004 |
| DEFENDANTS. | |

## NOTICE OF MANUAL FILING

Please take notice that Defendants, The Metallics Group and F. Michael Mola, have manually filed the following documents and/or items attached to the Defendants Motion for Summary Judgment as exhibits 1-10 respectively:

1. Affidavit for Richard Paladino;

2. Deposition excerpts from deposition of Mary Angela Sarojak dated June 24, 2004;

3. The Metallics Group Employee Handbook dated July 23, 1999;

4. May 3, 2000 memorandum from Dick Paladino to All Office Employees;

5. August 18, 2000 memorandum from the Metallics Management Team to All Employees;

6. Videotape;

7. April 3, 2001 memorandum from Management to Eight participants in office skit;

8.        April 3, 2001 memorandum from Executive Management Committee to F. Michael Mola;

9.        4/12/01 letter of counseling to Mary Sarojak; and

10.       List of Prescriptions filled for Mary Sarojak.

The documents have not been filed electronically because the electronic size of the document exceeds 1.5 megabytes.

The documents have been manually served on all parties.

RESPECTFULLY SUBMITTED,

THE DEFENDANT,
THE METALLICS GROUP D/B/A
METALLICS, INC. AND
F. MICHAEL MOLA

_____
William A. Ryan (ct15530)
Holly Quackenbush Darin (ct10183)
Ryan & Ryan, LLC
900 Chapel Street, Suite 621
New Haven, CT  06510
(203) 752-9794
-Its Attorneys-

## CERTIFICATION

The undersigned hereby certifies that the foregoing was mailed, first class, postage prepaid, this 13TH day of August 2004 to all counsel and pro se parties of record as listed below:

Fred Frangie
Robert Fortgang Associates
573 Hopmeadow Street
Simsbury, Connecticut 06070

_____
William A. Ryan