UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARY SAROJAK<br>    Plaintiff | CIVIL ACTION NO.: 3:03cv1050(DJS) |
| vs. | |
| THE METALLICS GROUP<br>D/B/A METALLICS, INC AND<br>F. MICHAEL MOLA<br>    Defendants. | SEPTEMBER 3, 2004 |

## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and 9(b) of the Local Rules of the Civil Procedure, plaintiff, Ms. Mary Sarojak, through her counsel hereby respectfully moves this Honorable Court for an enlargement of time of thirty (30) days, up to and including October 3, 2004.

The additional time requested is for the purpose of responding to the Defendant's Motion for Summary Judgment dated August 13, 2004.

As good cause for granting the Motion, the Plaintiff, by and through her counsel, represents that plaintiff's legal counsel is in good faith attempting to gather the facts and information necessary to respond to Defendant's Motion for Summary Judgment.

Defendants' counsel has been contacted and does not oppose the granting of this Motion.

**ORAL ARGUMENT NOT REQUIRED**
**TESTIMONY NOT REQUIRED**

This is Plaintiff's first Motion for Enlargement of Time.

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court grant this Motion for Enlargement of Time.

RESPECTFULLY SUBMITTED,
PLAINTIFF,
MS. MARY SAROJAK

By: *Robert Fortgang* P/L/M
Robert Fortgang
Federal Bar No. ct 05437
Robert Fortgang Associates
Greystone Court
573 Hopmeadow Street
Simsbury, CT 06070

## CERTIFICATION

I hereby certify that I have this 3rd day of September, 2004, mailed a copy of the foregoing, postage prepaid, to the following counsel of record:

*Attorney William Ryan*
*Attorney Michael R. Brandt*
*Ryan & Ryan, LLC*
900 Chapel Street
Suite 621
New Haven, Connecticut 06510

Dated:    September 3, 2004

*Robert Fortgang* P/L/M
Robert Fortgang