UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MARY SAROJAK**<br>    Plaintiff | : |
| v. | : CIVIL NO.: 3:03cv1050(DJS) |
| **THE METALLICS GROUP d/b/a**<br>**Metallics, Inc., ET AL**<br>    Defendants | : |

**ORDER OF DISMISSAL**

The case having been reported settled, the Court hereby orders, pursuant to Federal Rule of Civil Procedure 41(a)(2), that it be **dismissed without prejudice** to the plaintiff moving to reopen the case on or before **January 31, 2005**. If the plaintiff does not move to reopen the case on or before **January 31, 2005**, the dismissal of this action shall be **with prejudice**. This dismissal is without costs to either party. The Clerk is hereby directed to **close this case**.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   12th   day of October, 2004.

          /s/DJS
          Dominic J. Squatrito
          United States District Judge