# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| *MARY SAROJAK* | ) | CIVIL ACTION NO.: **3:03cv1050(DJS)** |
| *Plaintiff* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| *THE METALLICS GROUP* | ) | |
| *D/B/A METALLICS, INC AND* | ) | |
| *F. MICHAEL MOLA* | ) | |
| *Defendants.* | ) | **FEBRUARY 5, 2005** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, PLAINTIFF, Ms. Mary Sarojak of 142 Wolcott Street, Bristol, Connecticut 06010, by and through her attorneys, and DEFENDANTS, The Metallics Group d/b/a Metallics, Inc. and F. Michael Mola hereby stipulate that the above-entitled action be dismissed with prejudice and without costs to any party.

In support of the granting of this Stipulation, the undersigned represent as follows:

1. Both Plaintiff and Defendants have come to an amicable resolution of this dispute.

2. There is no objection to the granting of this Stipulation of which the undersigned counsel is aware.

3. The undersigned represent that they have filed appearances in the above-entitled action.

For the foregoing reasons, the undersigned counsel respectfully request that the above-captioned matter be dismissed with prejudice.

| THE DEFENDANTS | THE PLAINTIFF |
|---|---|
| THE METALLICS GROUP D/B/A | MARY ANGELA SAROJAK |
| METALLICS, INC. ET AL. | |

_____    _____

Michael R. Brandt (ct. 15530)   Robert Fortgang ct 05437
William A. Ryan (ct. 18308)   Robert Fortgang Associates
Ryan & Ryan, LLC   573 Hopmeadow Street
900 Chapel Street, Suite 621   Greystone Court
New Haven, CT 06510   Simsbury, Connecticut 06070
(203)752-9794 (t)   (860) 658-1055 (t)