UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MARY SAROJAK**<br>    Plaintiff | : |
| v. | : CIVIL NO.: 3:03cv1050(DJS) |
| **THE METALLICS GROUP d/b/a**<br>**Metallics, Inc., ET AL**<br>    Defendants | : |

**ORDER**

The Stipulation of Dismissal With Prejudice (Doc. #39) is hereby **GRANTED.**

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   28th   day of February, 2005.

                     /s/DJS
                     Dominic J. Squatrito
                     United States District Judge